UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELACROIX CORP., LOUISIANA LANDOWNERS ASSOCIATION, INC., and LOUISIANA WILDLIFE AND FISHERIES COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>Defendant.<br>_____<br>APRIL IN PARIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, et al.,<br><br>Defendants. | No. 2:19-cv-02488-KJM-CKD<br><br><br><br><br><br><br><br><br><br>No. 2:19-cv-02471-KJM-CKD<br><br>**RELATED CASE ORDER** |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same

1

question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3).  Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

Both cases have been reassigned to District Judge Kimberly J. Mueller and Magistrate Judge Carolyn K. Delaney, thus no further reassignment is necessary. It is ORDERED that the Clerk of Court shall cause the docket to reflect the cases' related status.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: December 17, 2019.

UNITED STATES DISTRICT JUDGE