UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| April in Paris, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Rob Bonta, et al., <br><br> Defendants. | No. 2:19-cv-02471-KJM-CKD |
| Louisiana Wildlife & Fisheries Commission, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Rob Bonta, et al., <br><br> Defendants. | No. 2:19-cv-02488-KJM-CKD <br><br> ORDER |

The ex parte applications to suspend the briefing schedules in these cases are denied. This order does not preclude any party from arguing in support of or in opposition to any motion for summary judgment that this court should not resolve such a motion for the reasons discussed in the ex parte applications.

1       IT IS SO ORDERED.

2    DATED:  October 8, 2021.

3

_____
CHIEF UNITED STATES DISTRICT JUDGE