DocuSign Envelope ID: 49D46629-24A5-4EC1-8990-D2301F7F6F40

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

April in Paris, et al.
      Plaintiff (s),
V.
Rob Bonta, et al.
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:19-CV-02471KJMCKD

Notice is hereby given that, subject to approval by the court, __Rob Bonta et al.__ substitutes
(Party (s) Name)

__Gwynne Bay Hunter__, State Bar No. __293241__ as counsel of record in
(Name of New Attorney)

place of __Linda Lea Gandara__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     California Department of Justice
Address:       1300 I Street
Telephone:     (916) 210-7810          Facsimile   (916) 327-2319
E-Mail (Optional):  gwynne.hunter@doj.ca.gov

I consent to the above substitution.
Date: 1/31/2022

*Nathan Goedde*
—39035508ABA8406...
(Signature of Party (s))

I consent to being substituted.
Date: 1/28/2022

*Linda Gandara*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/28/2022

Gwynne Hunter   Digitally signed by Gwynne Hunter
                Date: 2022.01.28 14:55:20 -08'00'
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
                                               Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]