NOSSAMAN LLP
Paul S. Weiland (SBN 237058)
Benjamin Z. Rubin (SBN 249630)
Christopher D. Hughes (SBN 254864)
621 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: (916) 442-8888
Facsimile: (916) 442-0382
pweiland@nossaman.com
brubin@nossaman.com
chughes@nossaman.com

KELLEY DRYE & WARREN LLP
David E. Frulla (*pro hac vice*)
Bret A. Sparks (*pro hac vice*)
Bezalel A. Stern (*pro hac vice*)
3050 K Street NW, Suite 400
Washington, DC 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
dfrulla@kelleydrye.com
bsparks@kelleydrye.com
bstern@kelleydrye.com

*Counsel for Plaintiffs April in Paris, et al.*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

APRIL IN PARIS, *et al.*

Plaintiffs,

v.

ROB BONTA, *et al.*

Defendants.

---

LOUISIANA WILDLIFE AND FISHERIES COMMISSION, *et al.*

Plaintiffs,

v.

ROB BONTA, *et al.*

Defendants.

Civil Case No. 19-cv-02471-KJM-CKD

**JOINT STATUS REPORT**

Plaintiffs April in Paris, AMTAN Louisiana, Brooks Family Alligator Farm II, Hogwards Carry Goods, Bijan Boutiques, LLC, La Duchesse, Ltd., Larson Leather Company, Louisiana Alligator Farmers & Ranchers Association, Magna Leather Corporation, M&D Gator Products, Inc., and SELMINT Pty. Ltd. (hereafter "Supply Chain Plaintiffs"); Plaintiffs Louisiana Wildlife and Fisheries Commission, Louisiana Landowners Association, and Delacroix Corporation (hereafter "Louisiana Plaintiffs") (collectively, Plaintiffs); Defendants Rob Bonta, Attorney General of California, and Charlton Bonham, Director of California Department of Fish and Wildlife (hereafter "California Defendants"); and Humane Society of the United States, Humane Society International, and Center for Biological Diversity (hereafter "Defendant Intervenors") (collectively, Defendants) through their respective counsel of record, jointly submit the following Joint Status Report, pursuant to the Court's March 7, 2023 Order granting Plaintiffs' Motions for Summary Judgment ("Order"). The Court's Order states that within twenty-eight days, the parties shall meet and confer and file a joint report proposing a schedule for the final resolution of this matter, including the determination of any appropriate remedies.

On March 16, 2023, the parties met and conferred in compliance with this Court's Order. The parties agreed to the following schedule. On or before April 18, 2023, Plaintiffs shall jointly submit a proposed final judgment. On or before May 5, 2023, Defendants shall submit any objection to the language of the proposed final judgment. On or before May 19, 2023, Plaintiffs shall submit any response to any objection filed by Defendants. The parties respectfully request that, to the extent necessary, the Court set the matter for hearing at the first available hearing date after May 19, 2023.

///

///

///

///

///

///

///

Respectfully submitted,

Dated: April 4, 2023

NOSSAMAN LLP

By: */s/ Christopher D. Hughes*
Christopher D. Hughes (SBN 254864)
*Counsel for Supply Chain Plaintiffs*

OFFICE OF ATTORNEY GENERAL JEFF LANDRY

By */s/ Joseph S. St. John*
JOSEPH S. ST. JOHN (*pro hac vice*)
*Deputy Solicitor General*

CALIFORNIA DEPARTMENT OF JUSTICE

By: */s/ Gwynne B. Hunter*
Gwynne B. Hunter
Deputy Attorney General
*Counsel for Defendants*

ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School

By: */s/ Deborah A. Sivas*
Deborah A. Sivas
*Counsel for Defendant-Intervenors*