UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL IN PARIS, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> ROB BONTA, *et al.*, <br><br>    Defendants. | Civil Case No. 2:19-cv-02471-KJM-CKD |
| THE FOUKE COMPANY, <br><br>    Plaintiff, <br><br>    v. <br><br> EDMUND BROWN, <br><br>    Defendant. | Civil Case No. 2:78-cv-00398-KJM-CKD <br><br> **FINAL JUDGMENT** |

These actions came for hearing before the Court, the Honorable Kimberly Mueller, Chief District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered, it is hereby ORDERED and ADJUDGED that:

1. Under the Supremacy Clause of the United States Constitution (Article VI, Clause 2), California Penal Code Sections 653o and 653r are hereby declared unenforceable and unconstitutional as applied to the importation, possession or sale of American alligator bodies, parts, or products thereof, and of the bodies, parts or products of saltwater crocodiles and Nile crocodiles subject to 50 C.F.R. § 17.42.

2. California Defendants, in their official capacities as Attorney General of the State of California and Director of the California Department of Fish and Wildlife, their successors in office, their agents and employees acting within the scope of their

official duties, and those under their supervision as defined in Article V, section 13 of the California Constitution, are hereby permanently enjoined from enforcing California Penal Code Sections 653o and 653r in connection with the importation, possession or sale of American alligator bodies, parts, or products thereof, and of the bodies parts or products of saltwater crocodiles and Nile crocodiles subject to 50 C.F.R. § 17.42 to the extent the Endangered Species Act of 1973, as amended (16 U.S.C. Sections 1531-1543) or regulations promulgated by the Secretary of the Interior of the United States implementing said Act, authorize the same importation, possession or sale.

3. The permanent injunction issued in *Fouke Co. v. Brown*, 463 F.Supp. 1142 (E.D. Cal. 1979) remains in force but is modified to read as follows:

   a. Under the Supremacy Clause of the United States Constitution (Article VI, Clause 2), California Penal Code Sections 653o and 653r are hereby declared unenforceable and unconstitutional as applied to the importation, possession or sale of American alligator bodies, parts, or products thereof.

   b. California Defendants, in their official capacities as Attorney General of the State of California and Director of the California Department of Fish and Wildlife, their successors in office, their agents and employees acting within the scope of their official duties, and those under their supervision as defined in Article V, section 13 of the California Constitution, are hereby permanently enjoined from enforcing California Penal Code Sections 653o and 653r in connection with the importation, possession or sale of American alligator bodies, parts, or products thereof to the extent the Endangered Species Act of 1973, as amended (16 U.S.C. Sections 1531-1543) or regulations promulgated by the Secretary of the Interior of the United States implementing said Act, authorize the same importation, possession or sale.

DATED: July 10, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE